**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:06-CR-151**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DAVID MICHAEL HENNESSEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's "Objection to Consolidation and/or Motion for Relief from Prejudicial Joinder," filed August 2, 2006. (Doc. No. 60). Defendant asserts he never received an opportunity to object to the Government's Motion to Consolidate because the Government failed to serve a copy of the Motion on Defendant. This Court finds that Plaintiff did not attach and has not filed a Certificate of Service to its Motion to Consolidate. (Doc. No. 30). Defendant is entitled to present its objections to the Government's motion to the Court. The Court directs Defendant to electronically file his well-supported objections to the Motion to Consolidate within fourteen (14) days from the date of this Order.

**IT IS, THEREFORE, ORDERED** that Defendant shall file his objections to the Government's Motion to Consolidate within fourteen (14) days from the date of this Order.

Signed: August 4, 2006

Frank D. Whitney
United States District Judge