IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID MICHAEL HENNESSEY. ) | Case No. 3:06CR151-04<br>(Financial Litigation Unit) |

## ORDER

Upon consideration of the United States' Motion requesting permission to apply funds seized from David Michael Hennessey toward payment of the restitution ordered in this case, and further upon the complete record of this matter to date,

IT IS HEREBY ORDERED that the United States Marshal Service shall liquidate United States Postal check #0259934086 in the amount of $5,500.00, which was seized from David Michael Hennessey on April 11, 2007, and convey and remit the proceeds to the Office of the United States District Clerk of Court for the Western District of North Carolina in partial satisfaction of the restitution imposed by the criminal judgment in this matter.

Signed: October 23, 2018

Frank D. Whitney
Chief United States District Judge